NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC., AND KBI-E INC.,**
*Plaintiffs-Appellants,*

**v.**

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellee.*

---

2011-1506

---

Appeal from the United States District Court for the District of Delaware in No. 08-CV-0453, Chief Judge Gregory M. Sleet.

---

**JUDGMENT**

---

GEORGE F. PAPPAS, Covington & Burling LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief were JEFFREY B. ELIKAN and MICHELLE L. MORIN.

NICOLE W. STAFFORD, Wilson Sonsini Goodrich & Rosati, of Austin, Texas, argued for defendant-appellee. With her on the brief were ROBERT DELAFIELD; DAVID S.

STEUER and MATTHEW A. ARGENTI, of Palo Alto, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PLAGER and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 9, 2012          /s/ Jan Horbaly
    Date              Jan Horbaly
               Clerk